IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VIRCO MFG. CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>MOORECO, INC.,<br><br>    Defendant. | No. 6:19-cv-00637-ADA |

### DEFENANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

    Before this Court is Plaintiff Virco Manufacturing Corp.'s Original Complaint, filed on October 31, 2019 (Dkt. 1), served on Defendant MooreCo, Inc., on November 7, 2019 (Dkt. 6).  Defendant's deadline to answer, or otherwise respond, is December 2, 2019, with this Court's closure on November 28 and 29, 2019, and the intervening weekend.  Defendant has requested and Plaintiff has approved Defendant's request for a forty-five (45) day extension to respond to Plaintiff's complaint, calculated from November 28, 2019, which is twenty-one (21) days after the service date of the complaint.  The agreed upon response date is January 13, 2020.  Defendant therefore moves this Court for an extension to January 13, 2020, to file an answer, or otherwise respond, to Plaintiff's complaint.  A proposed order is provided.

Dated: November 27, 2019

OF COUNSEL:

Robert Scheffel
Matthew J. Dowd
Dowd Scheffel PLLC
1717 Pennsylvania Avenue, NW
Suite 1025
Washington, D.C. 20006
T: (202) 559-9175
rscheffel@dowdscheffel.com
mdowd@dowdscheffel.com

Respectfully submitted,

By: */s/ Peter J. Corcoran III*
Peter J. Corcoran III
TX Bar No. 24080038
CORCORAN IP LAW PLLC
4142 McKnight Road
Texarkana, TX 75503
T: (903) 701-2481
F: (844) 362-3291
peter@corcoranip.com

*Counsel for Defendant*
*MOORECO, INC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of November, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

John R. Sigety
Hiersche Hayward Drakeley & Urbach, PC
15303 N. Dallas Pkwy, Ste 700
Addison, TX 75001
972-701-7000
Fax: 972-701-8765
Email: jsigety@krcl.com

Michael A. Logan
Kane Russell Coleman Logan PC
901 Main Street
Suite 5200
Dallas, TX 75202
(214) 777-4294
Fax: 214/777-4299
Email: mlogan@krcl.com

Bruce C. Morris
Kane Russell Coleman & Logan PC
Galleria Tower II, 10th Floor
5051 Westheimer Road
Houston, TX 77056
713-425-7450
Email: bmorris@krcl.com

*/s/ Peter J. Corcoran III*
Peter J. Corcoran III